## A. B. THOMAS *v.* THE STATE.

INFORMATIONS.— The charging clause of an information referred to the supporting affidavit, alleging that the affidavit "shows to the court" that the defendant committed the offense.   *Held,* that the information charges no offense.

APPEAL from the County Court of Robertson.   Tried below before the Hon. P. W. HALL, County Judge.

A fine of $100 was the penalty imposed on the appellant for aggravated assault and battery on a woman.

No brief for the appellant.

*H. Chilton,* Assistant Attorney General, for the State.

WILLSON, J.   This prosecution is by information, based upon affidavit charging the defendant with an aggravated assault and battery.   The information, after the commencement, reads as follows: "W. J. Purdom, county

attorney in and for the county of Robertson and State of Texas, duly elected and qualified, now here, *in the affidavit* of M. A. Morehead, which is herewith filed and *shows* to the court that A. B. Thomas," etc.

There is no direct allegation in the information that the defendant committed the offense.   The allegation is that the *affidavit* shows he committed the offense.   We do not think this sufficient.   The offense should be alleged by averments direct, positive and certain, and not by way of argument and inference.   *(Moore* v. *State, 7* Texas Ct. App. 608.)   In *Hunt* v. *State,* 9 Texas Ct. App. 404, this court held that an information which alleged that the affidavit "shows to the court," etc., was insufficient. We think that case is decisive of this one, and the judgment of the court below is reversed, and the information dismissed.

*Reversed and dismissed.*